**George S. Pitcher, OSB #963982**
George.Pitcher@lewisbrisbois.com
**Jennifer K. Oetter, OSB #953728**
Jennifer.Oetter@lewisbrisbois.com
**Jacqueline E. Houser, OSB #153539**
Jacqueline.Houser@lewisbrisbois.com
**Rachel A. Robinson, OSB #084550**
Rachel.Robinson@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

Attorneys for Defendants NaphCare, Inc., Julie Radostitz, MD, Kathy Dement, Rachel Ecleria, Katie Black, Andrea Gillette, Morang Hinthorne, Rachel Stickney, and Melanie Menear

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TAMMY L. THOMSEN, Personal Representative of the Estate of DALE L. THOMSEN, Deceased,**<br><br>Plaintiff,<br><br>v.<br><br>**NAPHCARE, INC., an Alabama Corporation; WASHINGTON COUNTY, a government body in the State of Oregon; PAT GARRETT, in his capacity as Sheriff for Washington County; ROBERT DAVIS, an Individual; DON BOHN, an Individual; JULIE RADOSTITZ, MD, an Individual; MELANIE MENEAR, an Individual; KATHY DEMENT, an Individual; RACHEL ECLEVIA, an Individual; KATIE BLACK, an Individual; ANDREA JILLETTE, also known as ANDREA GILLETTE, an** | Case No. 3:19-cv-00969-AC<br><br>**DEFENDANTS NAPHCARE, INC., JULIE RADOSTITZ, MD, KATHY DEMENT, RACHAEL ECLERIA, KATIE BLACK, ANDREA GILLETTE, MORANG HINTHORNE, RACHEL STICKNEY, AND MELANIE MENEAR'S UNOPPOSED MOTION TO EXTEND TIME TO APPEAR** |

4835-4767-8621.1

DEFENDANTS NAPHCARE, INC., JULIE RADOSTITZ, MD, KATHY DEMENT, RACHAEL ECLERIA, KATIE BLACK, ANDREA GILLETTE, MORANG HINTHORNE, RACHEL STICKNEY, AND MELANIE MENEAR'S UNOPPOSED MOTION TO EXTEND TIME TO APPEAR 1

**Lewis Brisbois Bisgaard & Smith LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

**Individual; MORGAN HINTHORNE, an Individual; RACHEL STICKNEY, an Individual; and JOHN/JANE DOES 1-10,,**

        Defendants.

Defendants NaphCare, Inc., Julie Radostitz, MD, Kathy Dement, Rachael Ecleria, Katie Black, Andrea Gillette, Morang Hinthorne, Rachel Stickney, and Melanie Menear (collectively "defendants") move the court for an order extending the time for them to answer or otherwise appear to August 19, 2019.  The extension is needed to allow time to analyze claims, conduct a sufficient investigation, and prepare appearances.

This motion is made in good faith and not for the purpose of delay.

Counsel for plaintiff has no objection to this request.

DATED this 17th day of July, 2019.

    s/ Jacqueline E. Houser, OSB #153539
    LEWIS BRISBOIS BISGAARD & SMITH LLP
    George S. Pitcher, OSB #963982
    Jennifer K. Oetter, OSB #953728
    Jacqueline E. Houser, OSB #153539
    Rachel A. Robinson, OSB #084550
    971.712.2800

*Attorneys for Defendants NaphCare, Inc., Julie Radostitz,MD, Kathy Dement, Rachel Ecleria, Katie Black, Andrea Gillette, Morang Hinthorne, Rachel Stickney, and Melanie Menear*

4835-4767-8621.1
DEFENDANTS NAPHCARE, INC., JULIE RADOSTITZ, MD, KATHY DEMENT, RACHAEL ECLERIA, KATIE BLACK, ANDREA GILLETTE, MORANG HINTHORNE, RACHEL STICKNEY, AND MELANIE MENEAR'S UNOPPOSED MOTION TO EXTEND TIME TO APPEAR 2

**Lewis Brisbois Bisgaard & Smith LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

# CERTIFICATE OF SERVICE

I certify that I served the foregoing **DEFENDANTS NAPHCARE, INC., JULIE RADOSTITZ, MD, KATHY DEMENT, RACHAEL ECLERIA, KATIE BLACK, ANDREA GILLETTE, MORANG HINTHORNE, RACHEL STICKNEY, AND MELANIE MENEAR'S UNOPPOSED MOTION TO EXTEND TIME TO APPEAR** on the following attorneys by the method indicated below on the 17th day of July, 2019.

*Counsel for Plaintiff*

**John M. Coletti, III**
Paulson Coletti
1022 NW Marshall Street
Unit 450
Portland, OR 97209
503-226-6361
Fax: 503-226-6276
Email: john@paulsoncoletti.com

- \_\_\_\_\_ Via First Class Mail
- \_\_\_\_\_ Via Federal Express
- \_\_\_\_\_ Via Facsimile
- \_\_\_\_\_ Via Hand-Delivery
- \_\_\_\_\_ Via E-Mail
- __X__ Via CM/ECF Notice

**Timothy J. Jones**
Tim Jones PC
707 SW Washington Street
Suite 600
Portland, OR 97205
503-374-1414
Fax: 971-925-9034
Email: julie@timjonespc.com

- \_\_\_\_\_ Via First Class Mail
- \_\_\_\_\_ Via Federal Express
- \_\_\_\_\_ Via Facsimile
- \_\_\_\_\_ Via Hand-Delivery
- \_\_\_\_\_ Via E-Mail
- __X__ Via CM/ECF Notice

**W. Eugene Hallman**
Hallman Law Office
104 SE Fifth Street
P.O. Box 308
Pendleton, OR 97801
(541) 276-3857
Fax: (541) 276-7620
Email: office@hallman.pro

- \_\_\_\_\_ Via First Class Mail
- \_\_\_\_\_ Via Federal Express
- \_\_\_\_\_ Via Facsimile
- \_\_\_\_\_ Via Hand-Delivery
- \_\_\_\_\_ Via E-Mail
- __X__ Via CM/ECF Notice

4835-4767-8621.1
CERTIFICATE OF SERVICE 3

**Lewis Brisbois Bisgaard & Smith LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

<u>*Counsel for Defendant Washington County Sheriffs Office*</u>

| | |
|---|---|
| Christopher A. Gilmore | |
| Office of Washington County Counsel | _____ Via First Class Mail |
| 155 N. First Ave. | _____ Via Federal Express |
| Suite 340, MS 24 | _____ Via Facsimile |
| Hillsboro, OR 97124 | _____ Via Hand-Delivery |
| 503-846-8883 | _____ Via E-Mail |
| Fax: 503-846-8636 | \_\_X\_\_ Via CM/ECF Notice |
| Email: chris_gilmore@co.washington.or.us | |

                LEWIS BRISBOIS BISGAARD & SMITH LLP

                By: <u>s/ Jacqueline E. Houser</u>
                George Pitcher, OSB #963982
                Jacqueline E. Houser, OSB #153539
                971.712.2800
                *Attorneys for Defendants NaphCare, Inc., Julie Radostitz, MD, Kathy Dement, Rachel Ecleria, Katie Black, Andrea Gillette, Morang Hinthorne, Rachel Stickney, and Melanie Menear*

4835-4767-8621.1
 CERTIFICATE OF SERVICE 4

**Lewis Brisbois Bisgaard & Smith LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801