**Timothy J. Jones, OSB No. 890654**
Email: tim@timjonespc.com
**Tim Jones PC**
707 SW Washington St., Suite 600
Portland OR 97205
Phone: (503) 374-1414
Facsimile: (971) 925-9034

**John M. Coletti, OSB No. 942740**
Email: john@paulsoncoletti.com
**Paulson Coletti Trial Attorneys PC**
385 First St., Ste.217
Lake Oswego, OR. 97034
Phone: (503) 226-6361
Facsimile: (503) 226-6276

    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON - PORTLAND DIVISION

| | |
|---|---|
| TAMMY L. THOMSEN, Personal Representative of the Estate of DALE L. THOMSEN, Deceased,<br><br>                                     Plaintiff,<br>  vs.<br><br>NAPHCARE, INC., an Alabama corporation; WASHINGTON COUNTY, a government body in the State of Oregon; JULIE RADOSTITZ, MD, an individual; MELANIE MENEAR, an individual; KATHY DEMENT, an individual; KATIE BLACK, an individual; ANDREA JILLETTE, also known as ANDREA GILLETTE, an individual; MORGAN HINTHORNE, an individual; RACHEL STICKNEY, an individual; and JOHN/JANE DOES 1-10,<br><br>                                    Defendants. | Case No. 3:19-cv-00969-AC<br><br>NOTICE OF SETTLEMENT |

    Plaintiff gives notice that the parties have resolved all claims and a Stipulated Judgment

of Dismissal will be filed pending approval of the settlemenet by Wasington County probate

Page 1 – NOTICE OF SETTLEMENT

court. Trial currently scheduled to begin May 6, 2024, should be cancelled.

DATED: March 27, 2024

   *s/ John M. Coletti*
**John M. Coletti, OSB No. 942740**
Email: john@paulsoncoletti.com
**Paulson Coletti Trial Attorneys PC**
385 First St., Ste.217
Lake Oswego, OR. 97034
Phone: (503) 226-6361
Facsimile: (503) 226-6276

**Timothy J. Jones, OSB No. 890654**
Email: tim@timjonespc.com
**Tim Jones PC**
707 SW Washington St., Suite 600
Portland OR 97205
Phone: (503) 374-1414
Facsimile: (971) 925-9034

   Attorneys for Plaintiff