**Timothy J. Jones, OSB No. 890654**
Email: tim@timjonespc.com
**Tim Jones PC**
707 SW Washington St., Suite 600
Portland OR 97205
Phone: (503) 374-1414
Facsimile: (971) 925-9034

**John M. Coletti, OSB No. 942740**
Email: john@paulsoncoletti.com
**Paulson Coletti Trial Attorneys PC**
385 First St., Ste.217
Lake Oswego, OR. 97034
Phone: (503) 226-6361
Facsimile: (503) 226-6276

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON - PORTLAND DIVISION

| | |
|---|---|
| TAMMY L. THOMSEN, Personal Representative of the Estate of DALE L. THOMSEN, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>NAPHCARE, INC., an Alabama corporation; WASHINGTON COUNTY, a government body in the State of Oregon; JULIE RADOSTITZ, MD, an individual; MELANIE MENEAR, an individual; KATHY DEMENT, an individual; KATIE BLACK, an individual; ANDREA JILLETTE, also known as ANDREA GILLETTE, an individual; MORGAN HINTHORNE, an individual; RACHEL STICKNEY, an individual; and JOHN/JANE DOES 1-10,<br><br>Defendants. | Case No.  3:19-cv-00969-AC<br><br>STIPULATED JUDGMENT OF DISMISSAL |

Based upon the stipulation of the parties hereto, pursuant to FRCP 41(a)(1), and it appearing that the within matter has been fully compromised and settled,

Page  1  – STIPULATED JUDGMENT OF DISMISSAL

IT IS HEREY ORDERED that the within matter is dismissed with prejudice and without costs to all parties.

_____

IT IS SO STIPULATED:

Dated: July 11, 2024                   *s/ John M. Coletti*
                                       John M. Coletti, OSB No. 942740
                                       Timothy J. Jones, OSB No. 890654
                                       *Attorneys for Plaintiff*

Dated: July 11, 2024                   *s/ David A. Perez*
                                       David A. Perez, OSB No. 231841
                                       Matthew J. Mertens, OSB No. 146288
                                       Megan Kathleen Houlihan, OSB No. 161273
                                       *Attorneys for Defendant Naphcare, Inc., Radostitz, MD, DeMent, Gillette, Hinthorne, Noli, Barnes, Menear*

Dated: July 11, 2024                   *s/ Heidi L. Mandt*
                                       Heidi L. Mandt, OSB No. 953459
                                       *Attorneys for Washington County*

Dated: July 11, 2024                   *s/ Karen O'Kasey*
                                       Karen O'Kasey, OSB No. 870696
                                       *Attorneys for Washington County*